**KAGAN & GERTEL**
Attorneys at Law
1575 East 19th Street, PH
Brooklyn, NY 11230
Tel. (718)258-8080 Fax (718)253-3278

June 25, 2012

United States District Court
Eastern District of New York

          Re: A.S. et al v. El Al Israel Airlines, Inc.
          Case Number: 1:2011-CV-02359

Honorable Sir:

    Enclosed please find an amended physician's affirmation. Also enclosed are copies of our disbursements.

    Please be advised our documents were not submitted by June 22, 2012 because our clerical service (American Clerical) was unable to sign in to the live database with our log in information. Kindly accept the documents nun pro tunc.

    Thank you in advance for your kind attention to this matter.

Very truly yours,

Kagan & Gertel, Esqs.
By: Howard Kagan, Esq.

Instructions to Physician: This affirmation must be signed on the reverse side.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

A.S., an infant by his father and natural guardian, MENACHEM STEIN,
*Petitioner/Plaintiff*
against
EL AL ISRAEL AIRLINES, INC.,
*Respondent/Defendant*

PHYSICIAN'S AFFIRMATION

STATE OF NEW YORK, COUNTY OF QUEENS

The undersigned says: that I am a physician authorized by law to practice medicine in the State of New York and I maintain an office at 601 JARVIS AVENUE, FAR ROCKAWAY, NY 11691

I examined the infant ARIELLE STEIN on 11th June 2012 for injuries sustained by the infant as the result of an accident. The nature and extent of the injuries as revealed by my physical examination are as follows:

SECOND DEGREE BURNS OF LEFT LOWER LEG AND FOOT HAVE HEALED.

THERE ARE NO VISIBLE SCARS.

HYTON LIGHTMAN MD
20th JUNE 2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------x

MENACHEM STEIN, as father and natural guardian of
ARIELLE STEIN, an infant, and MENACHEM STEIN,
individually,

Date Purchased: 4/1/11
Index No.: 8025/11

Plaintiffs designate Queens
County as the place of trial

                            Plaintiff(s),

-against-

Venue is based on residence
of the plaintiffs

**SUMMONS**

EL AL ISRAEL AIRLINES, INC.,

Plaintiffs reside at:
509 Meehan Avenue
Far Rockaway, NY 11691

                            Defendant(s)

County of Queens

------------------------------------------------------------x

To the above named Defendants(s):

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's attorneys, within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear and answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York
         March 17, 2011

Kagan and Gertel, Esqs.
Attorneys for Plaintiffs
1575 East 19th Street
Brooklyn, NY 11230
(718)258-8080

```
Queens County Clerk's Office
Paym 1697272 04/01/2011 9:21a

Tr.2037473                    $210.00
Other
8025/2011 STEIN,MENACHEM ET ANO
Total:                        $210.00
                              $210.00
Check
```

By: Irving Gertel

Defendants: 15 East 26th St., New York, NY 10010

9 MAY 2011

## American Clerical Service
## Billing Report - Case Summary

Acct. No. FC4032   R 70
KAGAN & GERTEL

1575 EAST 19TH STREET
BROOKLYN     NY     11230

Invoice Date: 05-01-2011

| Court | County | Index Number | Case Name | Items | Your File No./ATTY |
|---|---|---|---|---|---|
| Supreme Court | Bronx County | 301607/2010 | ORTIZ, EVANGELINA/THE CITY OF NEW YORK | 3 | |
| Supreme Court | Bronx County | 303634/2009 | MORATO-RODRIGUEZ, KARLO/RIVA CONSTRUCTION GROUP | 2 | |
| Supreme Court | Bronx County | 304197/2009 | TAYLOR, SENOBIA A./WORRELL, AMBER V. | 1 | |
| Supreme Court | Bronx County | 306043/2010 | BAILEY, BASIL / SHARIFUL MD ISLAM | 5 | IRVING GERTEL |
| Supreme Court | Kings County | 003339/2009 | FRANCOIS, CLOSETTE/HANSON, RUTH P. | 1 | |
| Supreme Court | Kings County | 023296/2007 | BOLAND, IRIS./VERVENIOTIS, ATHANASIOS | 2 | MR. GERTEL |
| Supreme Court | New York County | 106108/2008 | STRAUSS, FRANKLIN/BILLIG, HEMDA | 1 | MR. GERTEL |
| Supreme Court | Queens County | 000558/2007 | BARILLARO, JOSEPH ANO/BEECHWOOD RB SHOREHAVEN, LLC. | 2 | |
| Supreme Court | Queens County | 008025/2011 | MENACHEM STEIN, AS FATHER AND NATURAL GUARDIAN OF ARIELLE STEIN, AN INFANT, AND MENACHEM STEIN, INDIVIDUALLY/EL AL ISRAEL AIRLINES, INC | 2 | IRVING GERTEL |
| Supreme Court | Queens County | 018466/2010 | ALI, RIASAT ANO/SEQUINS INTERNATIONAL ETAL | 3 | |
| Supreme Court | Queens County | 020357/2010 | BURNS VS CITY OF N.Y. | 4 | |
| Supreme Court | Queens County | 022944/2008 | NSIAH-ABABIO, WILLIAMS/HUNTER, CHARLES D. | 1 | |
| Supreme Court | Queens County | 024508/2010 | GRIGORE, GEORGIANA/KOUROUNIS, NICHOLAS ETAL | 3 | |
| Supreme Court | Queens County | 027192/2009 | ARMSTRONG VS SCHWARTZ | 4 | |

Total: 34

$10 × 2 = $20.00

---

HOWARD KAGAN, ATTORNEY AT LAW
1575 E 19TH ST.
BROOKLYN, NY 11230-7203

1-2/210 137     5331

DATE 5/3/11

PAY TO THE ORDER OF  American Clerical   $290.00

Two hundred ninety & 00    DOLLARS

citibank
CITIBANK, N.A., BK, #107
1226 AVENUE J
BROOKLYN, NY 11230

MEMO

⑆021000089⑆ 1780750 5⑆ 5331

Page 0

*Jay Deitz Associates, Ltd.*  **Court Reporting Services**
3255 LAWSON BOULEVARD    OCEANSIDE, NY 11572
(212) 374-7700   (516) 678-0700   (718) 527-7700   FAX:(516) 678-4488   Fed. I.D. #11-3129149

Bill To:
KAGAN & GERTEL, LLP
Attn: IRVING GERTEL
1575 E. 19TH STREET
5TH FLOOR
BROOKLYN, NY 11230

Invoice Date 6/8/2012
Invoice Number 331820

File Number:
MENACHEM STEIN VS EL AL ISRAEL AIRLINES

Examination taken on 5/10/2012 of:                                         Enclosed

MORAN BARAZAMI                          60 Pages @  $4.05    $243.00    O+2

Appearance Fee                                                            $29.95

Postage\Shipping & Handling              1    @    $16.95    $16.95
Word Indexing Charge per Transcript      1    @    $9.00     $9.00

Your Total          $298.90
Payment Received On:              In The Amount Of:    $0.00
                                  Balance Due On This Invoice   $298.90



DM
226005

**Sid Marks NY, Inc.**
20 Vesey Street
New York, NY 10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 03-0467309

KAGAN AGERTEL, ESQS
1675 EAST 19TH ST 5TH FL
BROOKLYN, NY 11230

## INVOICE FOR SERVICE

voice#: 77          DATE: 2011-04-25

INVOICE# 77 FOR KAGAN AGERTEL, ESQS

| t2 RVID | RECORD# | CLIENT FILE# | CAPTION | PARTY SERVED | BILL CODE | POSTAGE & FEES ADVANCE | FILE CHARGE | SERVICE CHARGE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| | | 1KAG95919 | JOSEPH VINAGRAY AND TZIPPORAH VINAGRAY v 1261 REALTY CO LLC AND AURO MANAGEMENT CORP | 1261 REALTY CO LLC | B | 0.00 | 0.00 | 42.00 | 42.00 |
| | | 1KAG95920 | JOSEPH VINAGRAY AND TZIPPORAH VINAGRAY v 1261 REALTY CO LLC AND AURO MANAGEMENT CORP | AURO MANAGEMENT CORP | B | 0.00 | 5.00 | 42.00 | 47.00 |
| 1/08/2011 | 1KAG95946 | | JOSEPH VINAGRAY AND TZIPPORAH VINAGRAY v 1261 REALTY CO LLC AND AURO MANAGEMENT CORP | AURO MANAGEMENT CORP | IQ | 0.00 | 5.00 | 44.00 | 49.00 |
| 1/11/2011 | 1KAG95944 | | MENACHEM SILBER v THE CITY OF NEW YORK ETAL | BARBARA RAMSEY | BQ | 0.00 | 5.00 | 44.00 | 49.00 |
| 1/06/2011 | 1KAG95946 | | MENACHEM SILBER v THE CITY OF NEW YORK ETAL | CLAUDIA LEVINE | BQ | 0.00 | 5.00 | 44.00 | 49.00 |
| 4/18/2011 | 1KAG95951 | | MENACHEM STEIN AS PARENT AND NATURAL GUARDIAN OF ARIELLE STEIN AN INFANT AND MENACHEM STEIN INDIVIDUALLY v EL AL ISRAEL AIRLINES INC | EL AL ISRAEL AIRLINES INC | AQ | 0.00 | 5.00 | 42.00 | 47.00 |
| 4/06/2011 | 1KAG95945 | | MENACHEM SILBER v THE CITY OF NEW YORK ETAL | HARVEY LEVINE | BQ | 0.00 | 5.00 | 44.00 | 49.00 |
| 4/11/2011 | 1KAG95943 | | MENACHEM SILBER v THE CITY OF NEW YORK ETAL | JACK HARNEY | BQ | 0.00 | 5.00 | 44.00 | 49.00 |
| 4/11/2011 | 1KAG95933 | | MICHAEL WOLF v KEMPER INDEPENDENCE | KEMPER INDEPENDENCE INSURANCE COMPANY | AQ | 0.00 | 5.00 | 57.50 | 62.50 |

---

**HOWARD KAGAN, ATTORNEY AT LAW**
1675 E 19TH ST.
BROOKLYN, NY . 11230-7203

5311

DATE 8/2/11

PAY TO THE ORDER OF: SID MARKS        $773

Seven hundred seventy three 00/---------- DOLLARS

citibank
CITIBANK, N.A. BR. #107
1409 AVENUE J
BROOKLYN, NY 11230

MEMO _____

:021000089: 17807505" 5311