**KAGAN & GERTEL**
Attorneys at Law
1575 East 19th Street, PH
Brooklyn, NY 11230
Tel. (718)258-8080 Fax (718)253-3278

June 25, 2012

United States District Court
Eastern District of New York

Re: A.S. et al v. El Al Israel Airlines, Inc.
Case Number: 1:2011-CV-02359

Honorable Sir:

Enclosed please find an amended physician's affirmation. Also enclosed are copies of our disbursements.

Please be advised our documents were not submitted by June 22, 2012 because our clerical service (American Clerical) was unable to sign in to the live database with our log in information. Kindly accept the documents nun pro tunc.

Thank you in advance for your kind attention to this matter.

Very truly yours,

Kagan & Gertel, Esqs.
By: Howard Kagan, Esq.

*Handwritten note:* Once again plaintiffs have ignored a court order. In an order entered on June 18, 2012, plaintiffs were directed to furnish the Court with, among other things, copies of plaintiffs' counsel's contemporaneous time records. See Order (June 18, 2012), DE #18. Plaintiffs' submission of June 25, 2012 contains no time records. Plaintiffs are directed, on pain of sanctions, to file the requisite time records by June 28, 2012.

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 6/25/12